**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hussein DABBOUS, Defendant–Appellant.**

No. 02–7477.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2003.

Decided March 10, 2003.

Hussein Dabbous, Appellant Pro Se. Kenneth E. Melson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Hussein Dabbous seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and denying his motion for reconsidera-

tion. We have reviewed the record and conclude for the reasons stated by the district court that Dabbous has not made a substantial showing of the denial of a constitutional right. *See United States v. Dabbous,* No. CR–91–73 (E.D. Va. Oct. 2, 1996; Nov. 5, 1996). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*